UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                  Plaintiffs,<br><br>    v.<br><br>Ricardo Morales,<br><br>                  Defendants. | No. 2:02-cr-00561-KJM<br><br>ORDER |

      Having reviewed the letter filed at ECF No. 122 and the government's response at ECF No. 125, the court **grants** the request to reconvey the deed of trust to Javier and Natalia Fuentes. This order resolves ECF No. 122, and the case remains closed.

      IT IS SO ORDERED.

DATED: October 4, 2022.

*[signature]*
CHIEF UNITED STATES DISTRICT JUDGE